**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANTHONY L. COOPER,

    Petitioner,

vs().                                      Case No.:    3:14-cv-1253-J-34JBT
                                                                              3:11-cr-221-J-34JBT

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

    This case is before the Court on Petitioner Anthony L. Cooper's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1, Case No. 3:14-cv-1253), filed on October 16, 2014.  Cooper, who has the benefit of counsel, has made numerous pro se filings with the Court, several of which have been stricken pursuant to local rules. Cooper already has another § 2255 motion pending, Anthony L. Cooper vs. United States, 3:14-cv-134-J34-JBT, which the Court has stayed pending the resolution of Cooper's direct appeal from the Court's sentence for violating the terms of supervised release. (Doc. 24, Case No. 3:14-cv-134, Order Holding § 2255 Motion in Abeyance).  That direct appeal is still pending.

    Generally, the filing of a notice of appeal divests a district court of jurisdiction over matters at issue in the appeal, and a petitioner may not obtain relief through a § 2255 motion while an appeal is pending.  United States v. Khoury, 901 F.2d 975, 976 (11th Cir. 1990); Shewchun v. United States, 797 F.2d 941, 942 (11th Cir. 1986) (per curiam).  If Cooper wishes to raise a claim concerning the application of gain time or credit for time served, he should (1) wait until the resolution of his direct appeal and then (2) request

1

leave to amend his previously filed § 2255 motion in Case No. 3:14-cv-134 to add that claim. Upon consideration of Cooper's motion, and finding that the Eleventh Circuit's decision could affect the Court's consideration of the issues raised in Petitioner Anthony L. Cooper's most recent § 2255 motion, it is hereby

**ORDERED:**

1. Anthony L. Cooper's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 1) in Case No. 3:14-cv-1253 is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of October, 2014.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc 19

Copies:

Petitioner Anthony L. Cooper
Counsel of record